# United States Court of Appeals
## For the First Circuit

No. 24-1722

IN RE: OCEAN STATE, LLC; NEW HARBOR CAPITAL FUND LP; NEW HARBOR CAPITAL FUND II LP; NEW HARBOR CAPITAL MANAGEMENT LP; BLUEPRINT TEST PREPARATION, LLC; FYZICAL ACQUISITION HOLDINGS, LLC,

Petitioners.

**ORDER OF COURT**

Entered: August 22, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Petitioners Ocean State, LLC, et al.'s motion to file exhibits to their mandamus petition under seal is <u>granted</u>. The tendered sealed exhibits are filed under seal before this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Patricia K. Rocha
Daniel J. Procaccini
Eric E. Renner
Lauren S. Zurier
Zachary A. Cunha
Bethany N. Wong
Kevin Love Hubbard